# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CV 15-05007 AJW<br><br>**ORDER APPROVING STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSAL OF ACTION**<br><br>The Honorable Andrew J. Wistrich |

Based upon the Stipulation for Compromise Settlement and Dismissal of Action, by and between plaintiff State Farm Automobile Insurance Company ("Plaintiff") and defendant United States of America, IT IS HEREBY ORDERED THAT:

1. Plaintiff's action is dismissed with prejudice in its entirety; and

2. Each party shall bear its own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

Dated: 11/24/2015

HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

-1-